ORIGINAL

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

IN THE UNITED STATES DISTRICT COURT 2020 FEB -7 AM 11: 11
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DEPUTY CLERK_____

IN RE

$190,396.00 IN U.S. CURRENCY SEIZED
FROM HUYENLYNH NGOC DUONG

NO. 4:20-MC-

**4-20MC-008-0**

## JOINT MOTION TO EXTEND
## TIME TO FILE JUDICIAL FORFEITURE ACTION

The United States of America and Claimant Huyenlynh Ngoc Duong, through his

attorney, Paul Belew, jointly move, pursuant to 18 U.S.C. § 983(a)(3)(A), for a 60-day

extension of time to file a judicial action, and in support state:

1.     On or about September 3, 2019, the Wise County Sheriff's Office seized

property for forfeiture, including $190,396.00 in U.S. Currency.

2.     The Drug Enforcement Administration (DEA) sent written notice of its

intent to administratively forfeit the seized property to all potentially interested parties as

required by 18 U.S.C. § 983(a)(1)(A).  On November 12, 2019, Duong filed a claim with

the DEA for $190,396.00 in U.S. Currency seized in Wise County, Texas.

3.     To date, no other person has filed a claim to the property as required by law

in the administrative forfeiture proceeding.  *See* 18 U.S.C. § 983(a)(2)(A)-(E).

4.     According to 18 U.S.C. § 983(a)(3)(A)-(C), the United States is to file a

judicial forfeiture action not later than 90 days after a claim has been filed or return the

**Joint Motion to Extend Deadline to File Judicial Forfeiture Action – Page 1**

seized property pending such filing, except that a court may extend the filing period for good cause shown or upon agreement of the parties.

    5.    The 90-day period that began with the first claim filed by Duong for the $190,396.00 in U.S. Currency is set to expire on February 10, 2020. The parties have agreed to extend the time for filing a judicial action regarding this asset for 60 days to and including April 10, 2020.

## CONCLUSION

Therefore, the parties request an order to extend the filing period for a judicial forfeiture action to and including April 10, 2020.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*Beverly K. Chapman*
BEVERLY K. CHAPMAN
Assistant United States Attorney
Illinois Bar No. 6317514
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8812
beverly.chapman@usdoj.gov

PAUL BELEW
Attorney for Claimant
P.O. Box 1026
Decatur, Texas 76234
Telephone: 940-627-6400
Facsimile: 940-627-6408
pbelew@gmail.com